**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEXANDER STEWART, ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY AND COUNTY OF SAN FRANCISCO, ET AL.,** <br><br> Defendants. | Case No. 4:22-cv-1108-YGR <br><br> **ORDER TO SHOW CAUSE RE: ADMINISTRATIVE CLOSURE** <br><br> Re: Docket No. 56 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Parties filed a stipulation to postpone the initial Case Management Conference in this case from January 25, 2023, to September 18, 2023 (Dkt. No. 56.) This is the second continuance parties have requested to allow plaintiffs to pursue their appeal before the Ninth Circuit of the Court's Order Denying in Part their Motion for a Preliminary Injunction.

Accordingly, the parties are **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than January 25, 2022** why this case should not be administratively closed pending the Ninth Circuit's decision on plaintiffs' appeal. Failure to respond to this order by this deadline will be construed as a concession that the case may be administratively closed pending the resolution of plaintiffs' appeal. If any party wishes to re-open the case, they should contact the Court, and in any event, should do so fourteen (14) days after the Ninth Circuit's decision in this appeal.

**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**